**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

-against-

RICHARD XIA, a/k/a/ YI XIA, and FLEET NEW YORK METROPOLITAN REGIONAL CENTER, LLC, f/k/a FEDERAL NEW YORK METROPOLITAN REGIONAL CENTER, LLC.

                Defendants,

JULIA YUE, a/k/a JIQING YUE; XI VERFENSTEIN, and XINMING YU,

                Relief Defendants.

No. 21-cv-05350-PKC-JAM

## NOTICE OF APPEAL

Notice is hereby given that Defendant Richard Xia, pro se, and Relief Defendant Julia Yue, pro se, hereby appeal to the United States Court of Appeals for the Second Circuit from the Order entered on May 7, 2025 (ECF No. 585), which denied Defendants' motion to amend, correct, or supplement the Final Judgment (ECF No. 460) pursuant to Federal Rule of Civil Procedure 60(b) or, in the alternative, Rule 60(a).

This appeal also encompasses all prior interlocutory orders merged into the Final Judgment.

This notice is filed pursuant to Federal Rule of Appellate Procedure 4(a)(1)(B), as the United States is a party to the action. It is timely filed within 60 days of entry of the appealed order.

Dated: New York, New York

      July 5, 2025

Respectfully submitted,

*/s/ Richard Xia*
Richard Xia, *Pro Se*
richard.xia@fleetfinancialgroup.com
(718) 288-5797

*/s/ Julia Yue*
Julia Yue, *Pro Se*

2